IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **WEST et al** § | | **Civil Action** |
| § | | **No. 4:20-CV-00222-RWS-CAN** |
| **Plaintiff** § | | |
| § | | |
| v. § | | |
| § | | **Jury Trial Demanded** |
| **CREDIT ONE BANK, NA** § | | |
| § | | |
| **AND** § | | |
| | | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** | | |
| | | |
| **Defendants** | | |

**PLAINTIFFS' NOTICE OF SETTLEMENT**

NOW COMES Plaintiffs, to file this Notice, and in support would show as follows.

1. Plaintiffs and EXPERIAN INFORMATION SOLUTIONS, INC. have settled all claims between them and Plaintiffs at this time. The parties anticipate it will take sixty days to complete the documentation necessary to close these matters and file a Stipulation of Dismissal with prejudice as to Defendant EXPERIAN INFORMATION SOLUTIONS, INC.

2. Plaintiffs will file a Stipulation of Dismissal with Prejudice as to EXPERIAN INFORMATION SOLUTIONS, INC. when closing documents are exchanged and executed.

3. Plaintiffs reserve and maintain all claims against all other defendants, if any remain, at this time.

Dated: July 20, 2020

     Respectfully submitted,
          /s/Jonathan Raburn
          Jonathan Raburn
          ATTORNEY FOR PLAINTIFF
          Louisiana Bar Roll No. 28728
          McCarty & Raburn, A Consumer Law Firm, PLLC
          2931 Ridge Rd, Suite 101 #504
          Rockwall, TX 75032
          jonathan@geauxlaw.com
          Telephone: 225-412-2777

## CERTIFICATE OF SERVICE

I hereby certify that on the July 20, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

Date Signed July 20, 2020

          /s/Jonathan Raburn
          Jonathan Raburn
          ATTORNEY FOR PLAINTIFF