# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| MAURICE WEST, ET AL., | § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:20-CV-00222-RWS-CAN |
| v. | § § | |
| EXPERIAN INFORMATION SOLUTIONS, INC., ET AL., | § § § § | |
| Defendants. | § § | |

## ORDER

The Court has been advised that all claims in the above-styled civil action have been resolved with respect to Defendant Experian Information Solutions, Inc. [Dkt. 14]. Plaintiffs' claims against the other-named defendant Credit One Bank remain, but at present have been referred to arbitration. It is therefore **ORDERED** that, on or before *Friday, September 18, 2020*, Plaintiffs and Defendant Experian Information Solutions, Inc. shall submit to the Court all papers necessary for the dismissal of Defendant Experian Information Solutions, Inc. and further request any necessary stays or other relief by such date.

**IT IS SO ORDERED**.

SIGNED this 20th day of July, 2020.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE