IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **WEST et al**<br><br>    **Plaintiff**<br><br>v.<br><br>**CREDIT ONE BANK, N.A.**<br><br>AND<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>    **Defendants** | Civil Action<br>No. 4:20-CV-00222-RWS-CAN |

**PLAINTIFF MAURICE WEST'S NOTICE OF SETTLEMENT**

NOW COMES Plaintiff Maurice West to file this Notice, and in support would show as follows.

1. Plaintiff and CREDIT ONE BANK, N.A. have settled all claims between them and Plaintiff at this time. The parties anticipate it will take sixty days to complete the documentation necessary to close these matters and file a Stipulation of Dismissal with prejudice as to Defendant CREDIT ONE BANK, N.A.

2. Plaintiff will file a Stipulation of Dismissal with Prejudice as to CREDIT ONE BANK, N.A. when closing documents are exchanged and executed.

3. Plaintiff reserves and maintains all claims against all other defendants, if any remain, at this time.

Dated: December 3, 2020

    Respectfully submitted,

/s/Jonathan Raburn
Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 28728
McCarty & Raburn, A Consumer Law Firm, PLLC
2931 Ridge Rd, Suite 101 #504
Rockwall, TX 75032
jonathan@geauxlaw.com
Telephone: 225-412-2777

## CERTIFICATE OF SERVICE

I hereby certify that on the December 3, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

Dated December 3, 2020

/s/Jonathan Raburn
Jonathan Raburn
ATTORNEY FOR PLAINTIFF