## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| MAURICE WEST, ET AL., | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO.  4:20-CV-00222-RWS-CAN |
| v. | § § | |
| CREDIT ONE BANK, ET AL., | § § § | |
| Defendants. | § § § | |

## ORDER

Pursuant to the Court's order dismissing each Plaintiff's claims in this case, the Court hereby enters Final Judgment.  Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE.**  All motions by either party not previously ruled on are hereby **DENIED-AS-MOOT.**

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED this 8th day of February, 2021.**

*Robert W Schroeder III*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE